

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2021

No. 04-21-00398-CR

**IN RE** David Munoz **VEGA**

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 10324
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Liza A. Rodriguez, Justice

The Relator's Motion to Withdraw the Motion for Leave to File Mandamus Petition is hereby GRANTED.

It is so **ORDERED** on September 30, 2021.

**PER CURIAM**

ATTESTED TO: _____
              MICHAEL A. CRUZ,
              CLERK OF COURT